**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GERI LYNN EVANS, | ) | NO. CV 14-3755-E |
| | ) | |
|         Plaintiff, | ) | |
| | ) | |
|   v. | ) | **JUDGMENT** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
|        Defendant. | ) | |
| | ) | |
| _____ | ) | |

    IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.


      DATED: March 18, 2015.


                            _____/S/_____
                            CHARLES F. EICK
              UNITED STATES MAGISTRATE JUDGE